IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00360-MR-WCM

| | |
|---|---|
| MARTIN J. WALSH )<br>*Secretary of Labor,* )<br>*United States Department of Labor* )<br> )<br>      **Plaintiff,** )<br>v. )<br> )<br>LOVIN CONTRACTING COMPANY, INC. )<br>BRANDON LOVIN, *an individual* )<br> )<br>      **Defendants.** ) | **ORDER** |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 3) filed by David A. Wijewickrama. The Motion indicates that Mr. Wijewickrama, a member in good standing of the Bar of this Court, is local counsel for Defendants and that he seeks the admission of Wendel V. Hall, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 3) and **ADMITS** Wendel V. Hall to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 1, 2022

W. Carleton Metcalf
United States Magistrate Judge